IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NUMBER: 3:11-cv-00355

| | |
|---|---|
| MONICA ROBERTS, | ) |
|     *Plaintiff*, | ) |
| vs. | ) |
| AT&T, INC., | ) |
|     *Defendant*. | ) |

## ORDER GRANTING
## UNCONTESTED MOTION TO SUBSTITUTE PROPER DEFENDANT

Now before the Court is Plaintiff's Uncontested Motion to Substitute Proper Defendant, and having considered both the Motion and Memorandum of Law in Support of the Motion, including the consent of Defendant, and it appearing that Bellsouth Telecommunications, LLC (f/k/a Bellsouth Telecommunications, Inc.) is the proper party Defendant in this action,

It is ORDERED that Bellsouth Telecommunications, LLC (f/k/a Bellsouth Telecommunications, Inc.) be and hereby is substituted for AT&T, Inc. as the appropriate party defendant in the above-captioned action.

Signed: September 22, 2011

Graham C. Mullen
United States District Judge